**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08CR-3681-BTM |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING** |
| JOHN LLOYD CONNOR, | |
| Defendant, | |

**IT IS HEREBY ORDERED,** that the hearing presently set for October 7, 2009 at 11:45 a.m. be continued until October 30, 2009 at 11:00 a.m.

Dated: October 2, 2009

_____
HON. BARRY TED MOSKOWITZ
U.S. District Court Judge

---

*Order Granting Joint Motion To Continue Sentencing, U.S. v. Connor,* **08CR-3681-BTM**

**1**